*The Court of Appeals*
of the
*State of Washington*
*Seattle*

RICHARD D. JOHNSON,
*Court Administrator/Clerk*

DIVISION I
One Union Square
600 University Street
98101-4170
(206) 464-7750
TDD: (206) 587-5505

September 10, 2018

Prosecuting Atty King County
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104
paoappellateunitmail@kingcounty.gov

James Morrissey Whisman
516 3rd Ave
W554 King County Courthouse
Seattle, WA 98104-2385
Jim.Whisman@kingcounty.gov

Washington Appellate Project
1511 Third Avenue
Suite 610
Seattle, WA 98101
wapofficemail@washapp.org

Richard Wayne Lechich
Washington Appellate Project
1511 3rd Ave Ste 610
Seattle, WA 98101-3647
richard@washapp.org

CASE #: 77647-9-I
State of Washington, Respondent v. Douglas Alexander Richards, Appellant

King County, Cause No. 16-1-02512-5SEA

Counsel:

Enclosed is a copy of the opinion filed in the above-referenced appeal which states in part:

"Vacated and remanded for further proceedings."

Counsel may file a motion for reconsideration within 20 days of filing this opinion pursuant to RAP 12.4(b). If counsel does not wish to file a motion for reconsideration but does wish to seek review by the Supreme Court, RAP 13.4(a) provides that if no motion for reconsideration is made, a petition for review must be filed in this court within 30 days.

In accordance with RAP 14.4(a), a claim for costs by the prevailing party must be supported by a cost bill filed and served within ten days after the filing of this opinion, or claim for costs will be deemed waived.

Should counsel desire the opinion to be published by the Reporter of Decisions, a motion to publish should be served and filed within 20 days of the date of filing the opinion, as provided by RAP 12.3 (e).

Sincerely,

Richard D. Johnson
Court Administrator/Clerk

jh

Enclosure
c:  The Honorable Mariane Spearman
     Douglas Richards